**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00773-CV

### CITY OF SACHSE, Appellant

### V.

### DAN WOOD, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00218-M**

## ORDER

The Court has before it appellee's June 13, 2013 motion to accelerate appeal and for either no further briefing or a shortened briefing schedule. Because this case has already been placed on an accelerated docket, the motion to accelerate is **DENIED** as moot. The motion for no further briefing or a shortened briefing schedule is also **DENIED**.

/s/     ELIZABETH LANG-MIERS
          JUSTICE